# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE M. GOMEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MEDTRONIC PLC, et al., <br><br> Defendants. | Case No. 1:18-cv-01296-LJO-SAB <br><br> ORDER DIRECTING CLERK OF COURT TO CLOSE CASE <br><br> (ECF No. 11) |

Plaintiffs filed this action on May 1, 2018 in the Fresno County Superior Court. On September 21, 2018, Defendants removed the case to the above-entitled court and filed a motion to dismiss the action. (ECF Nos. 1, 3.) On October 29, 2018, the motion to dismiss was granted and Plaintiffs were granted twenty (20) days to file an amended complaint. (ECF No. 9.) On November 15, 2018, Plaintiffs filed a notice of voluntary dismissal dismissing the entire action without prejudice. (ECF No. 11.)

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.' " Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). The Ninth Circuit has held that Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or motion for summary judgment. Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). Defendants have not filed an answer or a motion for summary judgment in this

1

action.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:  **November 16, 2018**

UNITED STATES MAGISTRATE JUDGE